| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>GARY E. KLAUSNER (SBN 69077)<br>KRIKOR J. MESHEFEJIAN (SBN 255030)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: gek@lnbyb.com; kjm@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>JOHN JEAN BRAL<br><br>Debtor(s). | CASE NO.:    8:17-bk-10706-ES<br>ADVERSARY NO.:    8:17-ap-01094-ES<br>CHAPTER:    11 |
|---|---|
| BEITLER & ASSOCIATES, INC. dba BEITLER COMMERCIAL REALTY SERVICES,<br><br>Plaintiff(s).<br>vs.<br>JOHN JEAN BRAL<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    08/15/2019<br>TIME:    9:30 a.m.<br>COURTROOM:    5A<br>ADDRESS:    411 West Fourth Street<br>    Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

   1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No

   2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No

   3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No

   4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                         Page 1                                         F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

   Plaintiff filed a First Amended Complaint ("FAC") on December 1, 2017. The parties have settled a number of matters, but not the claims raised in this adversary proceeding. Pursuant to the Debtor's confirmed Chapter 11 Plan, the Debtor is required to withdraw his motion to strike the claims raised in this adversary proceeding within fifteen (15) days of the Effective Date of the Plan. The Effective Date has not yet occurred. Although the parties intend to engage in additional settlement discussions, at this time, this adversary proceeding remains pending. The Court should continue the status conference for a period of approximately 120 days. The parties request that the Court excuse appearances at the August 15, 2019 status conference.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?

      | Plaintiff | Defendant |
      |---|---|
      | To be determined. | Same as Plaintiff |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

      | Plaintiff | Defendant |
      |---|---|
      | Please see response to Question A.5. | Same as Plaintiff |

   3. When do you expect to complete <u>your</u> discovery efforts?

      | Plaintiff | Defendant |
      |---|---|
      | To be determined. | Same as Plaintiff |

   4. What additional discovery do you require to prepare for trial?

      | Plaintiff | Defendant |
      |---|---|
      | Document production, depositions, interrogatories, and requests for admission. | Same as Plaintiff |

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

      | Plaintiff | Defendant |
      |---|---|
      | To be determined. | Same as Plaintiff |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

      | Plaintiff | Defendant |
      |---|---|
      | To be determined. | Same as Plaintiff |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015     Page 2     F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| To be determined. | Same as Plaintiff |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after:<br>(date) Conclusion of discovery. | Pretrial conference should be set after:<br>(date) _____ |

### E. SETTLEMENT:

1. What is the status of settlement efforts?

   The parties attended two global mediations which did not result in a settlement. The parties intend to engage in additional settlement discussions.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   August 28, 2017; and August 16, 2018.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                             Page 3                             F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 08/01/2019

Levene, Neale, Bender, Yoo & Brill L.L.P.
Printed name of law firm

/s/ Gary E. Klausner
Signature

Gary E. Klausner
Printed name

Attorney for: Plaintiff

Date: 08/01/2019

Pachulski Stang Ziehl & Jones
Printed name of law firm

[signature]
Signature

William N. Lobel
Printed name

Attorney for: Plaintiff

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 4                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 1, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Alan J Friedman**    afriedman@shbllp.com, lgauthier@shbllp.com
- **Beth Gaschen**    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com
- **Mark D Hurwitz**    mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- **Gary E Klausner**    gek@lnbyb.com
- **William N Lobel**    wlobel@pszjlaw.com, nlockwood@pszjlaw.com;jokeefe@pszjlaw.com;banavim@pszjlaw.com
- **Krikor J Meshefejian**    kjm@lnbrb.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On **August 1, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☐ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 1, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 1, 2019 | Lourdes Cruz | */s/ Lourdes Cruz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**